UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 2:19–CR–96 |
| | ) |
| RONALD BLACK | ) |

## **ORDER**

This matter is before the Court on the United States' Motion to Redocket Sentencing Hearing. [Doc. 621]. The Motion is GRANTED. The sentencing hearing will be held on May 10th, 2021, at 1:30 p.m. The Parties will receive further instruction from the Clerk of Court regarding accessing the video conference.

So ordered.

ENTER:

                                                  s/J. RONNIE GREER
                                     UNITED STATES DISTRICT JUDGE